IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DOUGLAS D. MCCALL,

      Appellant,

v.

                                    Case No.  5D22-476
                                    LT Case No. 2018-CF-000233

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed December 13, 2022

Appeal from the Circuit Court
for Lake County,
G. Richard Singeltary, Judge.

Michael H. Hatfield, of Hatfield &
Stack, LLC, Tavares, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J.
Bradford, Jr., Assistant Attorney
General, Daytona Beach, for
Appellee.

PER CURIAM.

      AFFIRMED.

EDWARDS, EISNAUGLE and HARRIS, JJ., concur.